In the Matter of TALIB ALSAIFULLAH, Appellant, v RICHARD A. DOLLINGER, Respondent.

Submitted December 14, 2015; decided February 11, 2016

Motion for leave to appeal dismissed upon the ground that the November 6, 2015 letter sought to be appealed from is not a judgment or an order from which an appeal to the Court of Appeals may be taken (see CPLR 5512 [a]; 5602 [a]).

Judge GARCIA taking no part.

In the Matter of BARACK DARNELL B., an Infant. CHERA B., Appellant, LEAKE AND WATTS SERVICES, INC., Respondent.

Submitted December 14, 2015; decided February 11, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

Judge GARCIA taking no part.

In the Matter of BROOKE S.B., Respondent, v ELIZABETH A.C.C., Respondent. R. THOMAS RANKIN, ESQ., Attorney for the Child, Appellant.

Submitted February 8, 2016; decided February 11, 2016

Motion for poor person relief granted.

Judges FAHEY and GARCIA taking no part.

JENNIFER CANGRO, Appellant, v JOHN Z. MARANGOS, Respondent.

Decided February 11, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judge GARCIA taking no part.